## M. L. Persons *v.* C. A. Young *et al.*

Guardian ad Litem.   *Compensation.   Land should be rented and fee paid out of rent.*   While a guardian *ad litem* is entitled to compensation for services and have a lien therefor on property protected by his services, real or personal, the court, in all cases where it can be done, should preserve the *corpus* of the estate, if realty, and should have it rented out, and out of the rent pay the fee.

### FROM SHELBY.

Appeal from the Chancery Court at Memphis. R. J. Morgan, Ch.

L. W. Finley for complainant.

Harris & Turley for defendants.

Turney, J., delivered the opinion of the court.

In this case, decided at a former day of the term, there is now an application for a lien upon the lands of the minor defendants for a reasonable fee to the guardian *ad litem,* and for a reference to ascertain the amount of the fee.

The application comes within the rule of *Kerbaugh* v. *Vance,* 5 Lea, 113, in which it was holden that a guardian *ad litem* will be allowed compensation for services in conducting the suit of his ward. He is, unlike an attorney for a client *sui juris,* entitled to a

lien upon the property protected by his services, whether realty or personalty.

In all cases where it can be done, the *corpus* of the estate, if realty, should be preserved, and the court in which the case is pending should have the estate rented, and out of the rents have paid the fees to the guardian *ad litem.*

The application is allowed.